**STATE of Missouri, Respondent,**

v.

**Curtis L. CORNELIUS, Appellant.**

**No. WD 70429.**

Missouri Court of Appeals,
Western District.

Aug. 24, 2010.

Susan E. Summers, Kansas City, MO, for appellant.

Shaun J. Mackelprang and Dora A. Fichter, Jefferson City, MO, for respondent.

Before JAMES M. SMART, JR., P.J., JOSEPH M. ELLIS, and GARY D. WITT, JJ.

### *Order*

PER CURIAM:

Curtis L. Cornelius appeals his conviction of forcible rape. He argues that the trial court erred by denying his request for mistrial when the DNA analyst testified that his DNA standard was submitted under a different case number. He argues that this was inadmissible evidence of un-

charged misconduct. Affirmed. Rule 30.25(b).